UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ANDREW ALOISI d/b/a ALOISI
& ALOISI,

                    Plaintiff,

v.                                                CIVIL ACTION NO. 1:12-cv-10858-WGY

WESTCHESTER FIRE INSURANCE
COMPANY and STATE NATIONAL
INSURANCE COMPANY,

                      Defendants.
_____

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

      Andrew Aloisi, d/b/a Aloisi & Aloisi, Westchester Fire Insurance Company, and State National Insurance Company, being all parties to have appeared in the action, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c) that all claims and cross-claims (whether or not denominated as such) shall be, and hereby are, dismissed **with prejudice** but without an award of costs to any party. The parties further stipulate that all rights to appeal from the judgment of dismissal are waived.

1

| | |
|---|---|
| ANDREW ALOISI,<br>d/b/a ALOISI & ALOISI<br><br>By his attorneys,<br><br>GRIESINGER, TIGHE & MAFFEI, LLP<br><br><br>/s/ Scott McConchie<br>Scott McConchie  (BBO: 634127)<br>176 Federal Street<br>Boston, MA  02110<br>(617) 542-9900  (telephone)<br>(617) 542-0900 (fax)<br>sm@gtmlllp.com | STATE NATIONAL INSURANCE COMPANY,<br><br>By its attorneys,<br><br>GOGANIAN & ASSOCIATES, LLC<br><br><br>/s/ John A. K. Grunert<br>John A. K. Grunert  (BBO: 213820)<br>197 First Avenue, Suite 330<br>Needham, MA  02494<br>(781) 433-9812 (telephone)<br>(781) 433-9818 (fax)<br>jgrunert@goganianlaw.com |

WESTCHESTER FIRE INSURANCE COMPANY,

By its attorneys,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP


/s/  William T. Bogaert
William T. Bogaert (BBO: 546321)
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300 (telephone)
(617) 423-6917 (fax)
william.bogaert@wilsonelser.com


## **CERTIFICATE OF SERVICE**

I, John A. K. Grunert, hereby certify that on March 19, 2013, I caused the within stipulation to be electronically filed through the court's CM/ECF electronic filing system, which will cause it to be transmitted automatically to counsel of record for all other parties.

/s/ John A.K. Grunert